**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JEANNE SANBORN, et al.**

> **Plaintiffs,**

> **Case No. 1:19-cv-792**
> **v.**          **JUDGE DOUGLAS R. COLE**

**THE KIDD COFFEE COMPANY,**
**LTD, et al.,**

> **Defendants.**

**ORDER**

This cause is before the Court on the parties' Joint Motion for Approval of Settlement and Attorney Fees (the "Motion"). (Doc. 14). In the Motion, the parties jointly advised the Court that they have reached a partial settlement of this action. In particular, they resolved the claims set forth in Counts 1, 2, and 3 of the five-count Amended Complaint (Doc. 3). Because these counts include claims under the Fair Labor Standards Act, the settlement requires Court approval, which the parties now jointly seek.

The Court has reviewed the terms of the settlement and finds them fair and reasonable. Therefore, the Court **GRANTS** the Motion (Doc. 14), and **ORDERS** that Counts 1, 2, and 3 of the Amended Complaint, along with the related pleadings requesting certification of those counts as (1) a collective action to the extent that they assert claims under the Fair Labor Standards Act, and (2) a class action under Rule 23 to the extent that those counts set forth claims under corresponding Ohio state law, are hereby **DISMISSED WITH PREJUDICE**, provided that any of the

parties may, upon good cause shown, within sixty days, reopen the action if settlement is not consummated. The Court retains jurisdiction over the settlement contract for purposes of its enforcement. Counts 4 and 5 of the Amended Complaint shall remain pending before the Court.

**SO ORDERED.**

October 20, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**