UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JEANNE SANBORN | Case No.: 1:19-cv-792 |
| Plaintiff | Judge Douglas R. Cole |
| v. | Magistrate Judge Stephanie K. Bowman |
| THE KIDD COFFEE COMPANY, LTD, et al. | |
| Defendants | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Jeanne Sanborn and Defendants The Kidd Coffee Company, Ltd., Kidd Coffee Cincinnati, LLC, Kidd Coffee, Ltd., Smooth Kidd Coffee, LLC, and Lane Kidd ("Defendants") jointly move for the Court's approval of the settlement reached by the parties. The Settlement Agreement is being submitted to the Court as Exhibit A with this motion. A proposed Order approving the settlement is attached as Exhibit B. A Memorandum in Support of this Motion follows.

**MEMORANDUM IN SUPPORT**

I. Introduction

Plaintiff Sanborn filed a complaint alleging that the Defendants failed to properly pay certain employees the full amount of tips and retaliated against her for complaining about this practice by terminating her. The wage claims of Plaintiff Sanborn and others were previously settled by the parties and the settlement has been approved by the Court (Doc #16). The parties now seek to resolve all remaining claims in this case.

Following a mediation conducted by Magistrate Judge Karen Litkowitz, Defendants have entered into a settlement agreement to avoid the burden, expense and uncertainty of continued

litigation. The parties dispute the wrongful termination claim and the alleged losses by the Plaintiff. This agreement avoids the attorney and professional time necessary to resolve the factual disputes regarding the remaining issues (retaliation claim of Plaintiff), which time would be considerable. Likewise, Plaintiff has considered the risk of continued litigation and the possibility that, if not settled now, the lawsuit may result in no recovery or may result in recovery in the future that is less favorable than that offered now. After arms length negotiations considering all relevant factors, the parties have reached settlement.

II.     Terms of the Settlement

Plaintiff and Defendants believe the settlement reached in this case is fair and reasonable. Plaintiffs brought claims against Defendants for a retaliatory termination under the Fair Labor Standards Act (FLSA) 29 USC § 215(a)(3) and related claims.

Specifically, the agreement between the parties is as follows:

1. Plaintiff shall receive the sum of Twenty Five Thousand Dollars ($25,000.00), which exceeds her actual potential losses in this case.

2. Plaintiff's attorney fees will be paid from the same recovery in this case.

III.    Argument

A.      Standards for Approval of an FLSA Settlement

An employee may settle his/her bona fide dispute for back wages if he/she brings a lawsuit against the employer under the FLSA, enters into a settlement agreement with the employer and the District Court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, (11th Cir. 1982). Here the Plaintiff will receive amounts in excess of her actual losses to date.

On these grounds, the parties submit to the Court that this settlement is fair and equitable and should be approved. .

THEREFORE, the parties respectfully request that this settlement be approved by the Court and this case be dismissed, with jurisdiction retained only for purposes of enforcement of the settlement.

                                        Respectfully submitted,

                                        /s/ STEPHEN E. IMM
                                        Stephen E. Imm, Esq.
                                        Matthew Osinski, Esq.
                                        Finney Law Firm, LLC
                                        4270 Ivy Pointe Boulevard, Suite 225
                                        Cincinnati, Ohio 45245
                                        Office: 513.943.5678
                                        Fax: 513.943.6669
                                        stephen@finneylawfirm.com
                                        Attorney for Plaintiffs

                                        Respectfully submitted,

                                        /s/ Bruce H. Meizlish
                                        Bruce H. Meizlish  (OH  0033361)
                                        Meizlish & Grayson
                                        119 E. Court Street Suite 409
                                        Cincinnati, Ohio 45202
                                        Phone:  513-345-4700
                                        Fax:     513-345-4703
                                        brucelaw@fuse.net
                                        Attorney for the Defendants

1.1
# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JEANNE SANBORN, et al. | : | Case No.:   1:19-cv-792 |
| | : | |
| Plaintiffs | : | Judge Douglas R. Cole |
| | : | |
| v. | : | Magistrate Judge |
| | : | Stephanie K. Bowman |
| | : | |
| THE KIDD COFFEE COMPANY, LTD, et al. | : | **ORDER** |
| | : | |
| Defendants | : | |

The Court has been advised by the parties that a settlement of the remaining claims in this action has been reached, resolving Count 4 of the Complaint alleging individual claims by Plaintiff Sanborn. The Court has reviewed the terms of the settlement and finds it to be fair and reasonable.

Therefore, it is **ORDERED** that the remaining Count of the complaint and the related pleadings is hereby dismissed with prejudice, provided that Plaintiff may, upon good cause shown, within sixty days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED**

Date _____          _____
                                     Hon. Douglas R. Cole, Judge
                                     United States District Court