## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JEANNE SANBORN, et al.**

      **Plaintiffs,**

                            **Case No. 1:19-cv-792**

      **v.**                       **JUDGE DOUGLAS R. COLE**

**THE KIDD COFFEE COMPANY,
LTD, et al.,**

      **Defendants.**

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement (the "Motion") (Doc. 17). In the Motion, the parties jointly advise the Court that a settlement of the remaining claims in this action has been reached. In particular, they resolved the claims set forth in Counts 4 and 5 of the five-count Complaint. Because these counts include claims under the Fair Labor Standards Act, the settlement requires Court approval, which the parties now jointly seek.

The Court has reviewed the terms of the settlement and finds them fair and reasonable. Therefore, the Court **GRANTS** the Motion (Doc. 17), and **ORDERS** that Counts 4 and 5 of the Complaint are hereby **DISMISSED WITH PREJUDICE**, provided that any of the parties may, upon good cause shown, within sixty days, reopen the action if settlement is not consummated. The Court retains jurisdiction over the settlement contract for purposes of its enforcement. In a previous Order, the Court dismissed Counts 1, 2, and 3 (Doc. 16). Accordingly, there are no more claims remaining. Thus, this case shall be **CLOSED** on the docket of this Court.

**SO ORDERED.**

February 26, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**